**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**DIANNA ROCKWOOD,**

        **Plaintiff,**

    **v.**                                  **8:06-CV-1471**

**MICHAEL J. ASTRUE[1]**
**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**
_____

| **APPEARANCES:** | **OF COUNSEL:** |
|---|---|
| Office of Mark A. Schneider<br>57 Court Street<br>Plattsburgh, NY 12901<br>Attorney for Plaintiff | Mark A. Schneider, Esq. |
| Social Security Administration<br>Office of Regional General Counsel, Region II<br>26 Federal Plaza - Room 3904<br>New York, NY 10278<br>Attorney for Defendant | Susan C. Branagan<br>Special Assistant U.S. Attorney |

**NORMAN A. MORDUE, CHIEF U. S. DISTRICT JUDGE**

### ORDER

    The above matter comes to me following a Report-Recommendation by Magistrate Judge Victor E. Bianchini, duly filed on the 15th day of April 2009. Following ten days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

    After careful review of all of the papers herein, including the Magistrate Judge's Report-

---

[1] Michael J. Astrue became the Commissioner of Social Security on February 12, 2007. Pursuant to Federal Rule of Civil Procedure 25(d)(1), Michael J. Astrue is substituted as the Defendant in this suit.

Recommendation, and no objections submitted thereto, it is

**ORDERED** that:

1. The Report-Recommendation is hereby adopted in its entirety.

2. The Plaintiff's motion is granted in part, defendant's motion is denied, and the action is remanded to the Commissioner for further proceedings.

3. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

**IT IS SO ORDERED.**

Dated: April 30, 2009
Syracuse, New York

_____
Norman A. Mordue
Chief United States District Court Judge